**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Juan Esparza-Ramirez,  Civil No. 06-12 (DWF/SRN)

    Petitioner,

v.  **ORDER**

Warden Lisa J. W. Hollingsworth,
FCI Sandstone, MN,

    Respondent.

---

Juan Esparza-Ramirez, *Pro Se*, Petitioner.

Richard A. Newberry, Jr., Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 3, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

    1.    Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. No. 1), is **DENIED**; and

    2.       This action is **DISMISSED WITH PREJUDICE**.

Dated: April 20, 2007                    <u>s/Donovan W. Frank</u>
                                                          DONOVAN W. FRANK
                                                          Judge of United States District Court